| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Ryan Poe** <br> First Name   Middle Name   Last Name | Social Security number or ITIN | **xxx–xx–4829** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Courtney Poe** <br> First Name   Middle Name   Last Name | Social Security number or ITIN | **xxx–xx–0786** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Central District of Illinois** | | Date case filed for chapter  **7**  **8/30/19** | |
| Case number:   **19–71292** | | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Ryan Poe | Courtney Poe |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2250 W St Lous Bridge Rd <br> Decatur, IL 62521 | 2250 W St Lous Bridge Rd <br> Decatur, IL 62521 |
| 4. | **Debtor's attorney** <br> Name and address | John L GreenLeaf Jr <br> GreenLeaf Law Office, Ltd. <br> 2456 North Main Street <br> Decatur, IL 62526 | Contact phone 217–422–2771 <br><br> Email: GreenLeafLaw@comcast.net |
| 5. | **Bankruptcy trustee** <br> Name and address | Jeffrey D Richardson <br> 132 S Water St, Suite 444 <br> Decatur, IL 62523 | Contact phone 217–425–4082 <br><br> Email: jdrdec@aol.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 226 US Courthouse<br>600 E Monroe Street<br>Springfield, IL 62701<br><br>Visit www.ilcb.uscourts.gov for this court's mandatory electronic filing policy. | Hours open 8:00 am – 5:00 pm<br><br>Contact phone 217–492–4551<br><br>Date: 8/30/19 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 9, 2019 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **LOCATION:**<br><br>**Macon County Courthouse, Courtroom 5C, 253 E Wood St, Decatur, IL 62523** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/8/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                           United States Bankruptcy Court
                              Central District of Illinois
In re:                                                                  Case No. 19-71292-mpg
Ryan Poe                                                                Chapter 7
Courtney Poe
          Debtors                    CERTIFICATE OF NOTICE
District/off: 0753-3          User: tsmi                   Page 1 of 1          Date Rcvd: Aug 30, 2019
                              Form ID: 309A                Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2019.
db            +Ryan Poe,    2250 W St Lous Bridge Rd,    Decatur, IL 62521-9418
jdb           +Courtney Poe,    2250 W St Lous Bridge Rd,    Decatur, IL 62521-9418
tr            +Jeffrey D Richardson,    132 S Water St, Suite 444,    Decatur, IL 62523-1094
7092064       +Best Buy,    PO Box 790441,    Saint Louis, MO 63179-0441
7092065       +Carle Foundation Hospital,    611 W. Park St.,    Urbana, IL 61801-2512
7092068       +DMH,   PO Box 2572,    Decatur, IL 62525-2572
7092067       +Decatur Memorial Hospital,    2300 N Edward St,    Decatur, IL 62526-4192
7092070       +HSHS IL,    29333 Network Place,    Chicago, IL 60673-1293
7092071       +Land of Lincoln,    2890 N. Oakland,    Decatur, IL 62526-6299
7092072       +Loan Care,    PO Box 37628,    Philadelphia, PA 19101-0628
7092073       +MCCI Decatur,    PO Box 445,    Decatur, IL 62525-0445
7092074      ++NBT BANK NA,    52 SOUTH BROAD STREET,    NORWICH NY 13815-1699
              (address filed with court:    NBT Bank,    PO Box 149,    Canajoharie, NY 13317)
7092075       +St. Mary’s Hospital,    1800 E. LakeShore Drive,    Decatur, IL 62521-3883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: GreenLeafLaw@comcast.net Aug 30 2019 19:59:25     John L GreenLeaf, Jr,
                 GreenLeaf Law Office, Ltd.,    2456 North Main Street,    Decatur, IL  62526
ust           +E-mail/Text: ustpregion10.pe.ecf@usdoj.gov Aug 30 2019 19:59:47     U.S. Trustee,
                 Office Of Nancy J. Gargula U.S. Trustee,    401 Main St #1100,    Peoria, IL 61602-1241
7092063        E-mail/Text: ebn@americollect.com Aug 30 2019 19:59:56     Americollect, Inc,
                 1851 S. Alverno Rd,    Manitowoc, WI 54221
7092066       +EDI: WFNNB.COM Aug 30 2019 23:58:00     Comenity Pier One,    PO Box 659450,
                 San Antonio, TX 78265-9450
7092069       +E-mail/Text: bankruptcy@avadynehealth.com Aug 30 2019 19:59:36     H & R Accounts,
                 5320 22nd Ave,    PO Box 672,    Moline, IL 61266-0672
7092076       +EDI: RMSC.COM Aug 30 2019 23:58:00     Synchrony Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email)
system on August 30, 2019 at the address(es) listed below:
              Jeffrey D Richardson    jdrdec@aol.com, il37@ecfcbis.com
              John L GreenLeaf, Jr   on behalf of Joint Debtor Courtney  Poe GreenLeafLaw@comcast.net,
               r41246@notify.bestcase.com
              John L GreenLeaf, Jr   on behalf of Debtor Ryan  Poe GreenLeafLaw@comcast.net,
               r41246@notify.bestcase.com
              U.S. Trustee   USTPRegion10.PE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```