**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Ryan Poe** | Social Security number or ITIN   **xxx–xx–4829** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Courtney Poe** | Social Security number or ITIN   **xxx–xx–0786** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Central District of Illinois**

Case number:   **19–71292**

# Order of Discharge                                                                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ryan Poe                                                                Courtney Poe

12/16/19                                                    **By the court:**   ___/S/   Mary P. Gorman_____
                                                                                 United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318               **Order of Discharge**               page 2

```
                        United States Bankruptcy Court
                           Central District of Illinois
In re:                                                            Case No. 19-71292-mpg
Ryan Poe                                                          Chapter 7
Courtney Poe
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0753-3          User: admin              Page 1 of 1           Date Rcvd: Dec 16, 2019
                              Form ID: 318             Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2019.
db/jdb         +Ryan Poe,    Courtney Poe,    2250 W St Lous Bridge Rd,    Decatur, IL 62521-9418
7092064        +Best Buy,    PO Box 790441,    Saint Louis, MO 63179-0441
7092065        +Carle Foundation Hospital,    611 W. Park St.,    Urbana, IL 61801-2512
7092068        +DMH,   PO Box 2572,    Decatur, IL 62525-2572
7092067        +Decatur Memorial Hospital,    2300 N Edward St,    Decatur, IL 62526-4192
7092070        +HSHS IL,    29333 Network Place,    Chicago, IL 60673-1293
7092071        +Land of Lincoln,    2890 N. Oakland,    Decatur, IL 62526-6299
7092072        +Loan Care,    PO Box 37628,    Philadelphia, PA 19101-0628
7092073        +MCCI Decatur,    PO Box 445,    Decatur, IL 62525-0445
7092074       ++NBT BANK NA,    52 SOUTH BROAD STREET,    NORWICH NY 13815-1699
                 (address filed with court: NBT Bank,     PO Box 149,    Canajoharie, NY 13317)
7092075        +St. Mary's Hospital,    1800 E. LakeShore Drive,    Decatur, IL 62521-3883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: PRA.COM Dec 17 2019 01:03:00     PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
7092063         E-mail/Text: ebn@americollect.com Dec 16 2019 20:06:32     Americollect, Inc,
                 1851 S. Alverno Rd,    Manitowoc, WI 54221
7092066        +EDI: WFNNB.COM Dec 17 2019 01:03:00     Comenity Pier One,    PO Box 659450,
                 San Antonio, TX 78265-9450
7092069        +E-mail/Text: bankruptcy@avadynehealth.com Dec 16 2019 20:06:18      H & R Accounts,
                 5320 22nd Ave,    PO Box 672,   Moline, IL 61266-0672
7092076        +EDI: RMSC.COM Dec 17 2019 01:03:00     Synchrony Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Lakeview Loan Servicing, LLC
                                                                                 TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2019 at the address(es) listed below:
              Crystal Violeta Caceres     on behalf of Creditor    Lakeview Loan Servicing, LLC
               ccaceres@fallaw.com,    bankruptcy@fallaw.com
              Jeffrey D Richardson     jdrdec@aol.com,    il37@ecfcbis.com
              John L GreenLeaf, Jr    on behalf of Joint Debtor Courtney  Poe GreenLeafLaw@comcast.net,
               r41246@notify.bestcase.com
              John L GreenLeaf, Jr    on behalf of Debtor Ryan  Poe GreenLeafLaw@comcast.net,
               r41246@notify.bestcase.com
              U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```